ROGER L. GRANDGENETT, ESQ., Bar # 6323
TIMOTHY ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
E-mail: rgrandgnette@littler.com
E-mail: troehrs@littler.com

Attorneys for Defendant
TRANSITIONAL HOSPITALS CORPORATION OF NEVADA,
INC, dba KINDRED HOSPITAL - LAS VEGAS (SAHARA)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE THOMAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRANSITIONAL HOSPITALS CORPORATION OF NEVADA, INC, a Nevada Corporation, dba KINDRED HOSPITAL LAS VEGAS: SAHARA,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01912-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, TYRONE THOMAS and Defendant, TRANSITIONAL HOSPITALS CORPORATION OF NEVADA, INC, dba KINDRED HOSPITAL - LAS VEGAS (SAHARA), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: November 10, 2017

Respectfully submitted,

/s/ Michael P. Balaban
MICHAEL P. BALABAN, ESQ.
LAW OFFICES OF MICHAEL P. BALABAN

Attorney for Plaintiff
TYRONE THOMAS

Dated: November 10, 2017

Respectfully submitted,

*/s/ Timothy W. Roehrs*
ROGER L. GRANDGENETT II, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TRANSITIONAL HOSPITALS CORPORATION OF NEVADA, INC, dba KINDRED HOSPITAL - LAS VEGAS (SAHARA)

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 10, 2017.

Firmwide:150976185.1 076984.1031

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.